

**United States Department of Justice**
United States Marshals Service
*District of Alaska*

Federal Building and U.S. Courthouse
222 West 7th Avenue #28, Room 170
Anchorage, Alaska  99513-7568

**RECEIVED**

MAY 3 1 2006

CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

Memorandum To:  US District Court for the District of Alaska

From:  U.S. Marshals Service

Subject:  **F02-008CR** Original Writ of Execution

Date:  May 31, 2006

The attached original writ is being returned to your office. No further action will be take on this writ. All process has been previously returned to the Clerk of Court.

Linda M. Klemm
Civil Administrator

TIMOTHY M. BURGESS
United States Attorney

RICHARD L. POMEROY
Assistant United States Attorney
222 West 7th Avenue # 9, Room 253
Anchorage, AK 99513-7567
(907) 271-5071

ORIGINAL
LODGED
JUL 2 2005

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. F02-008 CR(RRB) |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | WRIT OF EXECUTION ON PERMANENT |
| | ) | FUND DIVIDEND |
| MICHAEL SACKINGER, | ) | |
| | ) | |
| 982 | ) | |
| | ) | |
| ;ndant. | ) | |
| | ) | |

TO THE UNITED STATES MARSHAL FOR THE DISTRICT OF ALASKA:

On November 15, 2002, judgment was imposed in the above-entitled court and action, in favor of the United States of America as judgment creditor and against MICHAEL SACKINGER as judgment debtor, for

   $5,720.00 restitution

   $ 100.00 special assessments

   $5,820.00 JUDGMENT AS ENTERED

WHEREAS, according to an affidavit or memorandum of costs after judgment filed herein, it appears that further sums have accrued since the entry of judgment, to-wit:

   $211.92   accrued interest

$150.00   accrued costs.

CREDIT must be given for payments and partial satisfactions in the amount of:

$850.00   which is to be first credited against the judgment as entered, with any excess credited against any accrued penalties, interest, and costs, leaving a net balance of:

$5,331.92   ACTUALLY DUE on July 26, 2005, of which $4,970.00 is due on the judgment as entered and bears interest at the rate of 1.51% per annum in the amount of:

$.21   PER DAY, from the date of the request for issuance of this writ, to which must be added the commissions and costs of the officer executing this writ.

THEREFORE, IN THE NAME OF THE UNITED STATES OF AMERICA, you are hereby commanded to levy upon and seize and take into execution the Alaska Permanent Fund Dividend of the said debtor, sufficient, subject to execution, to satisfy said judgment, interest and increased interests, costs and increased costs.

DATED this 27 day of July, 2005 at Anchorage, Alaska.

IDA ROMACK
Clerk of Court

By: **REDACTED SIGNATURE**

2