PROB 34
1/92

Report and Order Terminating Probation/
Supervised Release

# United States District Court

for the

District of Alaska

UNITED STATES OF AMERICA

v.  Case No.   4:02CR00008-002

MICHAEL J. SACKINGER

It appearing that the above-named has complied with the conditions of supervised release imposed by the Order of the Court heretofore made and entered in this case and that the period of supervised release expired on July 25, 2006. It is therefore recommended that the defendant be discharged from supervised release and that the proceedings in the case be terminated.

Respectfully submitted,

_Toni M. Ostanik_   7.1.06
Toni M. Ostanik              Date
U.S. Probation/Pretrial Services Officer

_Eric D. Odegard_
Eric D. Odegard
Supervising U.S. Probation Officer

## ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant be discharged from supervised release and that the proceedings in the case be terminated.

Dated this _7_ day of _August_, 20_06_.

_Ralph R. Beistline_
Ralph R. Beistline
U.S. District Court Judge